JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GENE GOPSHTEIN

**(b)** County of Residence of First Listed Plaintiff  **PHILADELPHIA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cary L. Flitter, Andrew M. Milz, Jody T. Lopez-Jacobs, Flitter Milz, P.C.
450 N. Narberth Avenue, Suite 101, Narberth, PA 19072 (610) 822-0782

## DEFENDANTS
SAGE CAPITAL RECOVERY, LLC

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1692g
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  Nov 21, 2017
SIGNATURE OF ATTORNEY OF RECORD  */s/ Cary L. Flitter*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| GENE GOPSHTEIN | : | CIVIL ACTION |
| v. | : | |
| SAGE CAPITAL RECOVERY, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( X )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

Nov 21, 2017          [signature]
**Date**                **Attorney-at-law**         **Attorney for** Plaintiff

610-822-0782     610-667-0552     CFLITTER@CONSUMERSLAW.COM
**Telephone**           **FAX Number**           **E-Mail Address**

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 301 Byberry Road, Apt. F-4, Philadelphia, PA 19116

Address of Defendant: 1040 Kings Highway North, Cherry Hill, NJ 08034

Place of Accident, Incident or Transaction: Bensalem, PA 19020
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Fair Debt Collection Practices Act

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                Attorney-at-Law         Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: Nov 21, 2017   [signature]   35047
                     Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE GOPSHTEIN<br>301 Byberry Road, Apt. F-4<br>Philadelphia, PA 19116<br>　　　　　　　　Plaintiff<br><br>v.<br><br>SAGE CAPITAL RECOVERY, LLC<br>1040 Kings Highway North<br>Cherry Hill, NJ 08034<br>　　　　　　　　Defendant | CIVIL ACTION<br><br><br><br><br><br><br><br><br>NO. |

## COMPLAINT

### I.  INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2. The FDCPA requires a mandatory initial notice as an informal dispute mechanism. 15 U.S.C. § 1692g(a).

3. The notice alerts the consumer of his rights to, *inter alia*, dispute his debt in writing within thirty days after receipt of the notice. See 15 U.S.C. § 1692g(a)(3).

4. Only a *written* dispute is sufficient to trigger the debt collector's obligation to cease collection and verify the debt. *See* 15 U.S.C. § 1692g(b). Oral disputes, such as a dispute via telephone, are insufficient to trigger any obligation of the debt collector. *See Caprio v. Healthcare Revenue Recovery Grp., LLC*, 709 F.3d 142, 148 (3d Cir. 2013).

5. The validation notice must not be overshadowed or contradicted by other messages from the debt collector.

1

6. Defendant is subject to strict liability for sending an initial collection letter to Plaintiff which obscured the required notice, and which failed to provide the validation notice in a conspicuous and prominent manner, in violation of the FDCPA.

## II. JURISDICTION

7. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692k, and 28 U.S.C. §§1331 and 1337.

8. *In personam* jurisdiction exists and venue is proper as Defendant sent the relevant letter to an address in this district which caused harm in this district.

## III. PARTIES

9. Plaintiff, Gene Gopshtein ("Gopshtein" or "Plaintiff"), is a consumer who resides at 301 Byberry Road, Apt. F-4, Philadelphia, PA, 19116.

10. Defendant, Sage Capital Recovery, LLC ("Sage") is upon information and belief a New Jersey collection agency with an office for the regular transaction of business at 1040 Kings Highway North, Cherry Hill, NJ 08034.

11. Sage regularly engages in the collection of consumer debts by use of the mail and telephone.

12. Sage regularly sends debt collection letters out on behalf of creditors including Abington Health.

13. Sage regularly attempts to collect consumer debts alleged to be due another.

14. Sage is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

15. Sage regularly collects debts in this District.

IV. **STATEMENT OF CLAIM**

16. On November 30, 2016, Sage sent Plaintiff an initial written communication in connection with an Abington Health debt alleged due. (Exhibit "A", redacted). Plaintiff disputes the debt.

17. Section 1692g(a) of the FDCPA requires a debt collector to provide a consumer with a Verification Rights Notice ("Notice") containing information about the alleged debt and a consumer's right to dispute and seek validation as more specifically set forth in subsections (a)(1)-(5).

18. Only a *written* dispute triggers Sage's obligation to provide Mr. Gopshtein verification of the debt.

19. The Notice is an important statutory right which must be effectively conveyed to the consumer.

20. The Notice must be sufficiently prominent to be noticed. It cannot be obscured, overshadowed, nor contradicted by other language or notices in the letter.

21. A debt collector may not mislead the least sophisticated consumer into believing that an oral dispute via telephone is sufficient.

22. Sage's collection dun invites the consumer to call Sage regarding any information about their account.

23. Specifically, Sage's dun states, "You may also contact our office directly by calling 866-757-SAGE (7243) to discuss this matter with one of our experienced account representatives." *See* Exhibit "A" (emphasis added).

24. This language is confusing and overshadows the required statutory validation notice.

3

25. Sage's letter is deceptive because a least sophisticated debtor could reasonably believe that if he or she does not owe, or is not responsible for a debt, he or she can make such a dispute by phone.

26. The debtor may mistakenly dispute the debt by calling the collection agency because the letter lists a phone number if the debtor wants to "discuss this matter."

27. The Notice in Defendant's November 30, 2016 collection notice is not prominent, and it is overshadowed and contradicted by other language or notices in the letter, in violation of the FDCPA. 15 U.S.C. §1692g.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

28. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

29. The November 30, 2016 collection letter from defendant Sage violates the FDCPA by failing to effectively provide Plaintiff with the statutory Notice required by 15 U.S.C. § 1692g.

30. The collection letter from defendant Sage violates the FDCPA's provisions prohibiting debt collectors from using "any false, deceptive, or misleading representation or means in connection with the collection of any debt" and prohibiting "[t]he use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer." 15 U.S.C. §§ 1692e, 1692e(10).

**WHEREFORE**, Plaintiff, Gene Gopshtein demands judgment against defendant Sage Capital Recovery, LLC for:

(a) Damages;

(b) Attorney's fees and costs;

(c) Such other and further relief as the Court shall deem just and proper.

4

## V. DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury as to all issues so triable.

Respectfully submitted:

Date: Nov 21, 2017

CARY L. FLITTER
ANDREW M. MILZ
JODY THOMAS LÓPEZ-JACOBS
Attorneys for Plaintiff

**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA  19072
(610) 822-0782

# EXHIBIT "A"

ATSAGE01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

**SAGE CAPITAL RECOVERY**
1040 Kings Hwy N., Cherry Hill, NJ 08034
866-757-SAGE (7243)
Office Hours (EST): 8am-9pm Mon-Tue
8am-5pm Wed-Fri

GENE GOPSHTEIN
520 Bristol Pike Unit 27
Bensalem PA 19020-6311

Date: November 30, 2016
Reference #: ●●●5231
Creditor: ABINGTON HEALTH
Amount Due: $4,502.50

## LETTER OF REPRESENTATION

Dear GENE GOPSHTEIN:

Sage Capital Recovery has been retained by ABINGTON HEALTH to recover the outstanding amount that is owed to them on the above referenced account. ABINGTON HEALTH has indicated that this is a just and legitimate debt and is taking this matter very seriously. They trust that you will do the same.

The purpose of this letter is to advise you of your financial responsibility and to assure you that we conduct our collection activities in compliance with all pertinent state and federal laws. Once full payment has been received, and cleared by your bank if applicable, we will discontinue all collection activity and inform ABINGTON HEALTH that this debt has been resolved.

Please complete and return the below coupon in the enclosed reply envelope.

You may also contact our office directly by calling 866-757-SAGE (7243) to discuss this matter with one of our experienced account representatives. Ignoring this matter will not make it go away. Please take advantage of the opportunity to resolve this long-standing financial obligation.

**NOTICE:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt or any portion thereof, is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

### Account Detail

| Client Acct. # | Date of Service | Balance |
|---|---|---|
| ●●●2155 | 04/11/16-04/11/16 | $60.00 |
| ●●●1643 | 03/25/16-03/25/16 | $250.00 |
| ●●●1720 | 12/14/15-12/14/15 | $4,192.50 |

204ATSAGE01SSL1M-283539046

PLEASE DETACH AND RETURN LOWER PORTION WITH PAYMENT

GENE GOPSHTEIN
520 Bristol Pike Unit 27
Bensalem PA 19020-6311

Date: November 30, 2016
Reference #: ●●●5231
Creditor: ABINGTON HEALTH
Amount Due: $4,502.50

SAGE CAPITAL RECOVERY
PO Box 8504
Cherry Hill NJ 08002-0504

☐ Payment in full is enclosed (Check/Money Order)
Please Charge my: ☐ [VISA]  ☐ [MC]
Card #: _____
Security Code: _____
Expiration Date: _____
Signature: _____
Payment Amount: _____

PAY THIS
AMOUNT: $4,502.50